```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**BRADFORD JENKINS, III**                                              PLAINTIFF

          v.            Civil No. 09-5280

**SHANNON GABBARD**, City of Fayetteville Police Department; **BRANDON HUBBARD**, City of Fayetteville Police Department; **BILL PHELAN**, City of Fayetteville Police Department; **DEPUTY REED**, Washington County Detention Center; **DEPUTY REX FREDERICKS**, Washington County Detention Center; **SGT. WHITTINGTON**, Washington County Detention Center; **JOHN AND JANE DOE OFFICERS**                                     DEFENDANTS

## JUDGMENT

NOW on this 13th day of January, 2011, the above referenced matter comes on for this Court's consideration of the **Motion for Summary Judgment** (document #26). The Court, having reviewed the pleadings of the parties, and all other matters of relevance before it, and being well and sufficiently advised, finds and orders as follows:

   *  that the motion should be, and it hereby is, **granted** and plaintiff's claims against **Shannon Gabbard, City of Fayetteville Police Department, Brandon Hubbard, City of Fayetteville Police Department, and Bill Phelan, City of Fayetteville Police Department** should be, and hereby are, **dismissed, with prejudice.**

   **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE