```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**BRADFORD JENKINS**                                                     **PLAINTIFF**

              **v.**          **Civil No. 09-5280**

**DEPUTY REED, Washington
County Detention Center**                                                 **DEFENDANT**

## O R D E R

Now on this 28th day of February, 2011, comes on for consideration the parties' **Joint Motion to Dismiss** (document #37) filed on February 24, 2011. The Court, being well and sufficiently advised, finds that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff's complaint against Deputy Reed should be, and hereby is, **dismissed.**

    **IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**